IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:17-CV-261-MR-DCK

| | |
|---|---|
| AMANDA SHARPE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ALLERGY PARTNERS, P.A. and ) | |
| DAVID A. BROWN, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 27) filed by Brian Leighton Kinsley, concerning Patrick S. Almonrode on June 17, 2019. Patrick S. Almonrode seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 27) is **GRANTED** Patrick S. Almonrode is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: June 17, 2019

David C. Keesler
United States Magistrate Judge