IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:17-CV-261-MR-DCK

| | |
|---|---|
| AMANDA SHARPE, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| ALLERGY PARTNERS, P.A. and DAVID A. BROWN, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 34) filed by Mark A. Stafford, concerning E. Bart Daniel on August 28, 2019. E. Bart Daniel seeks to appear as counsel *pro hac vice* for Defendants Allergy Partners, P.A. and David A. Brown, M.D. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 34) is **GRANTED**. E. Bart Daniel is hereby admitted *pro hac vice* to represent Defendants Allergy Partners, P.A. and David A. Brown, M.D.

**SO ORDERED**.

Signed: August 28, 2019

David C. Keesler
United States Magistrate Judge