# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:17-cv-00261-MR-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF NORTH CAROLINA ex rel. Amanda Sharpe, and AMANDA SHARPE, individually,<br><br>    Plaintiffs,<br><br>vs.<br><br>ALLERGY PARTNERS, P.A., and DAVID A. BROWN, M.D.,<br><br>    Defendants. | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Joint Motion for Modification of Pretrial Order and Case Management Plan [Doc. 42].

The parties seek modification of the Pretrial Order and Case Management Plan [Doc. 37], previously entered by the Court on October 9, 2019. After careful consideration of the Motion, and for the reasons stated therein, the Court will grant the parties' Motion.

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion [Doc. 42] is **GRANTED** and the deadlines set forth in the Pretrial Order and Case Management Plan [Doc. 37] previously entered in this matter are hereby extended as follows:

| | |
|---|---|
| Expert Reports – Plaintiffs: | August 31, 2020 |
| Defendants: | September 25, 2020 |
| Discovery: | October 23, 2020 |
| Mediation: | November 6, 2020 |
| Motions Deadline: | November 20, 2020 |
| Trial: | First Term on or after March 8, 2021 |

**IT IS SO ORDERED.**

Signed: December 12, 2019

Martin Reidinger
United States District Judge