IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:17-cv-00261-MR

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF NORTH CAROLINA, *ex rel.* AMANDA SHARPE, and AMANDA SHARPE, individually,<br><br>      Plaintiffs,<br><br>vs.<br><br>ALLERGY PARTNERS, P.A. and DAVID A. BROWN, M.D.,<br><br>      Defendants. | **O R D E R** |

**THIS MATTER** is before the Court on the United States' and State of North Carolina's Notice of Consent to Stipulation of Dismissal [Doc. 58].

The Relator Amanda Sharpe has filed stipulations of dismissal with prejudice as to Relator Sharpe and without prejudice as to the United States and the State of North Carolina in this action. [Docs. 56, 57]. Based on those filings, the United States and the State of North Carolina have now filed a Notice of Consent to Dismissal without prejudice as to the United States and State of North Carolina, pursuant to the False Claims Act, U.S.C. § 3730(b)(1). [Doc. 58]. Upon review of the parties' filings, and in light of the consent by the United States and the State of North Carolina, the Court hereby enters the following Order.

**IT IS, THEREFORE, ORDERED** that this action is hereby **DISMISSED WITH PREJUDICE** to the Relator Amanda Sharpe and **WITHOUT PREJUDICE** as to the United States and the State of North Carolina.

The Clerk of Court is respectfully directed to close this civil action.

**IT IS SO ORDERED.**

Signed: June 15, 2021

*[Signature]*

Martin Reidinger
Chief United States District Judge